# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| AMANDA OWENS<br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY<br>*Defendant* | )<br>)<br>) Civil Action No. 3:17-cv-287<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Plaintiff and against Defendant; case is remanded to the Commissioner under Sentence four of 42 U.S.C. § 405 (g) for further proceedings; case is terminated on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michael J. Newman  on a motion for _____ .

Date:  3/26/18

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk